IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

IN RE: POLYESTER STAPLE
ANTITRUST LITIGATION

| | |
|---|---|
| This document relates to:<br><br>BURLINGTON INDUSTRIES, LLC;<br>CAROLINA MILLS INCORPORATED;<br>FRONTIER SPINNING MILLS, INC.;<br>GALEY & LORD INDUSTRIES, LLC;<br>GREENWOOD MILLS, INC.;<br>HENDERSON-HARRIET WELFARE<br>ASSOCIATION, INC.; INMAN MILLS;<br>JOHNSTON INDUSTRIES, INC.;<br>MALLOY & COMPANY f/k/a CHERAW<br>YARN MILLS, INC.; MAYFAIR MILLS,<br>INC.; NATIONAL SPINNING CO., INC;<br>PHARR YARNS, LLC; and SWIFT<br>TEXTILES, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>CNA HOLDINGS, INC.;<br>CELANESE AMERICAS<br>CORPORATION;<br>HOECHST AKTIENGESELLSCHAFT;<br>CELANESE AKTIENGESELLSCHAFT;<br>and GROVER SMITH, a resident of<br>Charlotte, North Carolina,<br><br>      Defendants. | WDNC DOCKET NO.<br>3:06CV387-C<br>MDL DOCKET NO.<br>3:03CV1516<br><br><br><br>ORDER |

Upon motion of counsel for the Plaintiffs in the captioned action, and for good cause shown, it is ordered that the time within which these Plaintiffs may effect service of the summons and Amended Complaint on Defendants Hoechst Aktiengesellschaft

(now known as Hoechst GmbH) and Celanese Aktiengesellschaft is hereby extended to and including May 10, 2007.

This the 8th day of January, 2007.

Richard L. Voorhees
United States District Judge