IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: POLYESTER STAPLE ANTITRUST LITIGATION | MDL DOCKET NO: 3:03-CV-1516 |
|---|---|
| BURLINGTON INDUSTRIES, LLC, et al., <br><br> **Plaintiff,** <br><br> vs. <br><br> CNA HOLDINGS, INC., et al. <br><br> **Defendants.** | WDNC DOCKET NO.: 3:06-CV-387 |

**ORDER DISMISSING DEFENDANTS CNA HOLDINGS, INC., CELANESE AMERICAS CORPORATION, CELANESE AKTIENGESELLSCHAFT AND HOECHST AKTIENGESELLSCHAFT WITH PREJUDICE**

For good cause shown, the above-captioned action is dismissed with prejudice against all named defendants, CNA Holdings, Inc. (f/k/a HNA Holdings, Inc. and f/k/a Hoechst Celanese Corporation), Celanese Americas Corporation (f/k/a Hoechst Corporation), Celanese Aktiengesellschaft (now known as Celanese GmbH), and Hoechst Aktiengesellschaft (now known as Hoechst GmbH), and with each party to bear its own fees and costs.

This 12th day of JUNE, 2008.

_____
The Honorable Richard L. Voorhees